# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
                                      :   Chapter 13
   Michael J. McCrystal         :
                                      :   Bankruptcy No. 19-16964 AMC
   Debtor.                      :

## O R D E R

Upon consideration of Debtor's Motion to Extend Automatic Stay ("Motion"), it is

**HEREBY ORDERED** that the Motion is **GRANTED** with respect to the PA Dept. of Revenue.

Dated: November 14, 2019

_____
Ashely M. Chan
United States Bankruptcy Judge