**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. McCrystal                         CHAPTER 13

                Debtor(s)                         BKY. NO. 19-16964 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                Respectfully submitted,
                **/s/ Rebecca A. Solarz Esquire**
                Rebecca A Solarz, Esquire
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322