IN RE:  Michael J. McCrystal                 :      IN THE UNITED STATES
                                                   :      BANKRUPTCY COURT FOR
     Debtors.                               :      THE EASTERN DISTRICT OF
                                                   :      PENNSYLVANIA
                                                   :
                                                 :      CASE No. 19-16964-amc

## CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Avoid Federal Tax Lien The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 23, 2019.

    It is hereby respectfully requested that the Order attached to the Motion to Avoid Federal Tax Lien be entered at the earliest convenience.

Dated: December 30, 2019

                                          Respectfully submitted,
                                          /S/Michael J. McCrystal

                                          _____
                                          Michael J. McCrystal, Esquire
                                          151 Main Street, STE A
                                          Emmaus, PA 18049
                                          (610) 262-7873
                                          Attorney for the Debtor