*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael J. McCrystal

    Debtor(s)

Case No: 19−16964−amc

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

34
Form 152