United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16964-amc
Michael J. McCrystal                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS           Page 1 of 2              Date Rcvd: Feb 05, 2020
                             Form ID: 152             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db              Michael J. McCrystal,    1982 Cricklewood Cv,    Fogelsville, PA 18051-1508
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14417383        Applewood Association,    PO Box 241,    Fogelsville, PA 18051-0241
14450902        BAYVIEW LOAN SERVICING, LLC,    CASHIERING, 4425 PONCE DE LEON BLVD.,,    5TH FLOOR,
                 CORAL GABLES FL 33146
14419375        Bayview Loan Servicing, LLC,    C/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14420333        Bayview Loan Servicing,LLC,    c/o Mario J. Hanyon, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14417386        Berkheimer Tax Adminstrators,    PO Box 25108,    Lehigh Valley, PA 18002-5108
14447522       +Berkheimer, Agt for Upper Macgunie twp/Parkland SD,    50 North Seventh Street,
                 Bangor, PA 18013-1731
14417387        Bureau of Business Trust Fund Taxes,    PO Box 280904,    Harrisburg, PA 17128-0904
14449080       +Commonwealth of PA UCTS CSU- OUCTS, PA Department,    c/o Amy Weikel,
                 Commonwealth of Pennsylvania Department,    651 Boas Street, Room925,
                 Harrisburg PA 17121-0751
14417388       +Dennis W. Gouldy,    Borough of Emmaus,    28 S 4th St,    Emmaus, PA 18049-3899
14417390        Ersa Court Reporters,    30 S 17th St Ste 1520,    Philadelphia, PA 19103-4007
14448700        JPMorgan Chase Bank, N.A.,    C/O Karina Velter, Esquire,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
14417391        Lehigh Valley Health Nework,    PO Box 4067,    Allentown, PA 18105-4067
14417392        Madonna A. McCrystal,    1982 Cricklewood Cv,    Fogelsville, PA 18051-1508
14417393        Medical Associates of LV,    1605 N Cedar Crest Blvd Ste 1108,    Allentown, PA 18104-2351
14417394        PA Department of Revenue,    Bureau of Compliance Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14417396       +PNC Bank,    Consumer Loan Ctr,    2730 Liberty Ave MSC P5-PCLC-A2-R,    Pittsburgh, PA 15222-4704
14449165       +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
14417397        Prothonotary, CCP-Lehigh County,    Case No. 2019-SL-1016,    455 Hamilton St,
                 Allentown, PA 18101-1602
14417398        Sargents Court Reporting Services,    210 Main St,    Johnstown, PA 15901-1509
14417399        Shay, Santee & Kelhart,    attn.: Joanne Kelhart, Esquire,    44 E Broad St Ste 210,
                 Bethlehem, PA 18018-5920
14417400        Subaru Motor Finance,    c/o Chase Credit Bureau Dispute Processi,    PO Box 901003,
                 Fort Worth, TX 76101-2003
14417401        Thompson Reuters-West,    Payment Ctr.,    PO Box 6292,    Carol Stream, IL 60197-6292
14432639       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14442553       +Toyota Motor Credit Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14443425       +Toyota Motor Credit Corporation.,    c/o  Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14417402        Upper Macungie Township,    8330 Schantz Rd,    Breinigsville, PA 18031-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 06 2020 03:59:49      Commonwealth of PA  UCTS,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
14417384        E-mail/Text: bnc-capio@quantum3group.com Feb 06 2020 03:58:46      Assetcare LLC,    Lee Morris,
                 2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
14417385        E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2020 03:59:18
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL 33146-1837
14427365        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:03:38      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14448698       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 06 2020 03:59:49      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 925,
                 HARRISBURG, PA 17121-0751
14417389        E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 03:57:52      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
14449344        E-mail/Text: bk.notifications@jpmchase.com Feb 06 2020 03:58:09      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix AZ 85038-9505
14430256        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14417395        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:27
                 Pennsylvania Department of Revenue,    Bureau of Compliance Wage Garnishment Se,
                 PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10
```

```
District/off: 0313-4          User: BarbaraS             Page 2 of 2                   Date Rcvd: Feb 05, 2020
                              Form ID: 152               Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14417382           19-16964
smg*               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                     Harrisburg, PA   17128-0946
14456270*          Department of the Treasury,   Internal Revenue Service,   PO Box 804527,
                     Cincinnati, OH 45280-4527
14456271*          Internal Revenue Service,   PO Box 7317,   Philadelphia PA 19101-7317
14449082*          JPMORGAN CHASE BANK, N.A.,   c/o Karina Velter,Esquire,   Manley Deas Kochalski LLC,
                     P.O. Box 165028,   Columbus, OH  43216-5028
                                                                                             TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              KARINA  VELTER    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael J. McCrystal
    Debtor(s)                                    Case No: 19−16964−amc
                                                              Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


                                                                                                                                For The Court

                                                                                                                                Timothy B. McGrath
                                                                                                                                Clerk of Court