Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
610 262-7873

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In RE: Michael J. McCrystal
        Debtors

        Chapter 13
        Case No. 19-16964-amc

***PRAECIPE TO WITHDRAW***
***DEBTOR'S MOTION TO AVOID LIEN AS TO IRS***

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Kindly mark as withdrawn Debtor's Motion to Avoid the Judicial Lien of Internal Revenue Service.

        Respectfully submitted,

        /s/Michael J. McCrystal

        _____
        Michael J. McCrystal, Esquire
        151 Main Street
        Suite A
        Emmaus, PA 18049
        Attorney for the Debtor