UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Michael J. McCrystal<br><br><br>　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.19-16964-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of April, 2020, by first class mail upon those listed below:

Michael J. McCrystal
1982 Cricklewood Cv
Fogelsville, PA  18051-1508

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS, PA  18049

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee