THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| MICHAEL J MCCRYSTAL, | : | |
| Debtor | : | No. 19-16964 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Movant, **MADONNA MCCRYSTAL,** by and through her counsel, David B. Schwartz, Esquire of Goodman Schwartz & Shaw LLC, has filed a Section 362 Motion for Relief from Automatic Stay Pursuant to §362(d).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

1.     If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views of the Motion, then on or before May 12, 2020 you or your attorney must do all of the following:

   a)   File an answer explaining your position at:
        Clerk U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        The Madison Building, Suite 300
        400 Washington Street
        Reading, PA 19601

   b)   Mail a copy to the Movant's counsel:
        Allan B. Goodman, Esquire
        Goodman Schwartz & Shaw LLC
        514 Fullerton Avenue, Suite 2
        Whitehall, PA  18052

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.     **A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on May 19, 2020 at 10:00 a.m. in the United States Bankruptcy Court, Courtroom #1, The Madison Building, Suite 301, 400 Washington Street, Reading, Pennsylvania.**

4.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Movant.

5.   You may contact the Bankruptcy Clerks office at (610)208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

| | |
|---|---|
| Date: <u>April 28, 2020</u> | /s/ David B. Schwartz, Esquire<br>David B. Schwartz, Esquire<br>Attorney I. D. No. 25490<br>Attorney for Creditor/Movant<br>514 Fullerton Avenue, Suite 2<br>Whitehall, PA  18052<br>Telephone:  610-434-2023<br>Fax:  610-432-4552 |