THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
| MICHAEL J MCCRYSTAL, | : | |
| Debtor | : | No. 19-16964 |

### ORDER

**AND NOW**, upon consideration of the Creditor's Motion for Relief of the Automatic Stay with respect to Madonna McCrystal, good cause and good faith appearing, it is hereby

**ORDERED** that the Creditor's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Madonna McCrystal's Divorce Complaint in Lehigh County Pennsylvania to proceed with the divorce and to resolve issues of equitable distribution, support, attorney and counsel fees.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 19, 2020**

HONORABLE PATRICIA M. MAYER
U.S. Bankruptcy Judge