United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. McCrystal  
    Debtor

Case No. 19-16964-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW     Page 1 of 1     Date Rcvd: May 19, 2020  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db          Michael J. McCrystal,    1982 Cricklewood Cv,   Fogelsville, PA  18051-1508  
NONE        +Madonna A. McCrystal,   320 Yale Court,    Allentown, PA 18104-9051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:  
         DAVID B. SCHWARTZ    on behalf of  Madonna A. McCrystal david@dbsesq.com,  DBSchwartzesq@aol.com  
         JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
         KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
         MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com,  
          sueparalegal@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

MICHAEL J MCCRYSTAL, :

Debtor : No. 19-16964

### ORDER

**AND NOW**, upon consideration of the Creditor's Motion for Relief of the Automatic Stay with respect to Madonna McCrystal, good cause and good faith appearing, it is hereby

**ORDERED** that the Creditor's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Madonna McCrystal's Divorce Complaint in Lehigh County Pennsylvania to proceed with the divorce and to resolve issues of equitable distribution, support, attorney and counsel fees.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 19, 2020**

HONORABLE PATRICIA M. MAYER
U.S. Bankruptcy Judge