**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL J. McCRYSTAL | : | NO. 19-16964 PMM |

**CERTIFICATE OF SERVICE OF**
**APPLEWOOD ASSOCIATION'S MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**
**AND THE CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(c)**

I, Elliot H. Berton, Esquire, certify that on August 19, 2020, I transmitted a copy of **Applewood Association's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and the Co-Debtor Stay Pursuant to 11 U.S.C. §1301(c)**, by electronic transmission or first-class mail, postage prepaid to:

Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19102

Michael J. McCrystal
1982 Cricklewood Cove
Fogelsville, PA 18051

Scott F. Waterman, Esquire, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Michael J. McCrystal, Esquire
151 Main Street, Suite A
Emmaus, PA 18049

David B. Schwartz, Esquire
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052

Madonna A. McCrystal
320 Yale Court
Allentown, PA 18104-9051

STEVEN L. SUGARMAN & ASSOCIATES

Date: August 19, 2020

By: /s/ Elliot H. Berton, Esquire
Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
Attorneys for Applewood Association