**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :         CHAPTER   13
                                        :
MICHAEL J. McCRYSTAL       :         NO. 19-16964 PMM

**CERTIFICATION OF NO OBJECTION**

It is certified that fifteen (15) days have elapsed since the date of service upon the United States Trustee and all Creditors and parties in interest, and no answer or objection has been filed to Applewood Association's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and the Co-Debtor Stay Pursuant to 11 U.S.C. § 1301(c) in the above-referenced case.  Accordingly, it is requested that the Motion be **GRANTED.**

STEVEN L. SUGARMAN & ASSOCIATES


By: */S/ ELLIOT H. BERTON, ESQUIRE*
    Steven L. Sugarman, Esquire
    Elliot H. Berton, Esquire
    Attorneys for Applewood Association