UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
MICHAEL J. McCRYSTAL : NO. 19-16964 PMM

ORDER

**AND NOW,** this 15th day of September, 2020, upon consideration of Applewood Association's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and the Co-Debtor Stay Pursuant to 11 U.S.C. §1301(c), and any response thereto,

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Applewood Association. may exercise its state law rights with respect to the real estate known as and located at 1982 Cricklewood Cove, Fogelsville, Pennsylvania 18051.

3. Applewood Association. may initiate state court proceedings to recover unpaid post-Petition assessments in accordance with 11 U.S.C. §523(a)(16).

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

Scott F. Waterman, Esquire, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19102

Michael J. McCrystal, Esquire
151 Main Street, Suite A.
Emmaus, PA 18049

Michael J. McCrystal
1982 Cricklewood Cove
Fogelsville, PA 18051

David B. Schwartz, Esquire
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052

Madonna A. McCrystal
320 Yale Court
Allentown, PA 18104-9051