```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-16964-pmm
Michael J. McCrystal                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: ChrissyW              Page 1 of 1          Date Rcvd: Sep 15, 2020
                            Form ID: pdf900             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
```
db             Michael J. McCrystal,   1982 Cricklewood Cv,   Fogelsville, PA 18051-1508
NONE          +Madonna A. McCrystal,   320 Yale Court,   Allentown, PA 18104-9051
14417383       Applewood Association,   PO Box 241,   Fogelsville, PA 18051-0241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
```
              DAVID B. SCHWARTZ    on behalf of  Madonna A. McCrystal david@dbsesq.com, DBSchwartzesq@aol.com
              ELLIOT H BERTON    on behalf of Creditor   Applewood Association eberton@suglaw.com
              JEROME B. BLANK    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
              KARINA   VELTER    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
:
MICHAEL J. McCRYSTAL  :  NO. 19-16964 PMM

### ORDER

**AND NOW,** this 15th day of September, 2020, upon consideration of Applewood Association's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and the Co-Debtor Stay Pursuant to 11 U.S.C. §1301(c), and any response thereto,

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Applewood Association. may exercise its state law rights with respect to the real estate known as and located at 1982 Cricklewood Cove, Fogelsville, Pennsylvania 18051.

3. Applewood Association. may initiate state court proceedings to recover unpaid post-Petition assessments in accordance with 11 U.S.C. §523(a)(16).

BY THE COURT:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19102

Michael J. McCrystal
1982 Cricklewood Cove
Fogelsville, PA 18051

Madonna A. McCrystal
320 Yale Court
Allentown, PA 18104-9051

Scott F. Waterman, Esquire, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Michael J. McCrystal, Esquire
151 Main Street, Suite A.
Emmaus, PA 18049

David B. Schwartz, Esquire
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052