**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. McCrystal                                CHAPTER 13
                Debtor(s)

BKY. NO. 19-16964 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/Rebecca A. Solarz
                                        Rebecca Solarz
                                        12 Oct 2020, 15:45:42, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322