United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16964-pmm |
| Michael J. McCrystal | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14450902 | BAYVIEW LOAN SERVICING, LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SCHWARTZ | on behalf of Madonna A. McCrystal david@dbsesq.com DBSchwartzesq@aol.com |
| ELLIOT H BERTON | on behalf of Creditor Applewood Association eberton@suglaw.com |
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |
| KARINA VELTER | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| MARIO J. HANYON | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |

District/off: 0313-4 User: ChrissyW Page 2 of 2
Date Rcvd: Oct 22, 2020 Form ID: trc Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-16964-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael J. McCrystal
1982 Cricklewood Cv
Fogelsville PA 18051-1508

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/21/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: BAYVIEW LOAN SERVICING, LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/24/20

Tim McGrath
**CLERK OF THE COURT**