COMMUNITY LOAN SERVICING, LLC
PO BOX 740410
CINCINNATI, OH 45274-0410

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower  MICHAEL J MCCRYSTAL

Loan Number  2453685

Next Post Petition Payment Amount  $766.49

COMMUNITY LOAN SERVICING, LLC
PO BOX 740410
CINCINNATI, OH 45274-0410

If your bankruptcy plan requires you to make your on-going post-petition mortgage payments directly to a bankruptcy Trustee, then do not send your payment to us. Rather, send your payment to the Trustee as directed in your bankruptcy plan.

| | |
|---|---|
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Other _____ | $ . |
| Total Amount Sent (Please do not send cash) | $ 802.62 |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Make check payable to Community Loan Servicing, LLC

Please do not write below this line.     Servicing Code: MSP

0002453685 MSP 0000076649 0000229483 4

---

McCrystal Law Office

151 Main Street, STE A
Emmaus, PA 18049
610-262-7873

3-50/310                1314

DATE  1-5-21

PAY TO THE ORDER OF  Community Loan Servicing, LLC   $ 802.62

Eight Hundred Two and 62/100   DOLLARS

Wells Fargo, N.A.

MEMO  2453685

⑈031000503⑈ 372149526⑈⑈ 1314