1/13/2021

# realtor.com®

Michael

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise

< Upper Macungie Township, PA  × Q

Public | Owner

1982 Cricklewood Cv, Fogelsville, PA 18051 - realtor.com®

https://www.realtor.com/realestateandhomes-detail/1982-Cricklewood-Cv_Fogelsville_PA_18051_M33215-80388

1/13



1/13/2021                                    1982 Cricklewood Cv, Fogelsville, PA 18051 - realtor.com®



📷 1 / 25

Est. **$190,400**

⌂ View up to 3 home estimates

⌂ FEMA Zone **X** (est.) • Flood Factor™ **1/10**  NEW

Request a FREE Analysis

**3**  **2.5**  **1,385**  **2,154**
beds  baths  sq ft  sqft lot

Commute Time   1982 Cricklewood Cv, Fogelsville, PA 18051

📍 Map

↗ Share    ✏ Edit Facts

**Property Overview** - Affordable townhouse in desirable Applewood Subdivision in Upper Macungie. Parkland SD. Beautiful hardwood floors on the 1st floor, working fireplace for those cold winter nights. Patio/Deck off the Family Room for summer entertaining. Property has 3 bedrooms, 2.5 bath with fully finished lower level. Low home owners Association Fee $ 700/yr, covers usage of pool, tennis courts, playgrounds, walking trails, maintenance of common areas and Read More ⌄