**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

| | |
|---|---|
| IN RE: | Case No. **19-16964** |
| **McCrystal, Michael J.** | Chapter **13** |
| Debtor(s) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**First Amended Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this **13th** day of **January**, **2021**.

/s/ *Michael J McCrystal*
Michael J McCrystal 55064
McCrystal Law Offices
151 Main St Ste A
Emmaus, PA 18049-4026
(610) 262-7873  Fax: (610) 262-2219
mccrystallaw@gmail.com

Software Copyright (c) 2021 CINGroup - www.cincompass.com

McCrystal, Michael J.
1982 Cricklewood Cv
Fogelsville, PA 18051-1508

Applewood Association
PO Box 241
Fogelsville, PA 18051-0241

Assetcare LLC
Lee Morris
2222 Texoma Pkwy Ste 180
Sherman, TX 75090-2484

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd Fl 5
Coral Gables, FL 33146-1837

Berkheimer Tax Adminstrators
PO Box 25108
Lehigh Valley, PA 18002-5108

Berkheimer Tax Adminstrators
PO Box 25108
Lehigh Valley, PA 18002-5108

Bureau of Business Trust Fund Taxes
PO Box 280904
Harrisburg, PA 17128-0904

Dennis W. Gouldy
Borough of Emmaus
28 S 4th St
Emmaus, PA 18049-3802

Department of the Treasury
Internal Revenue Service
PO Box 804527
Cincinnati, OH 45280-4527

Ersa Court Reporters
30 S 17th St Ste 1520
Philadelphia, PA 19103-4007

Lehigh Valley Health Nework
PO Box 4067
Allentown, PA 18105-4067

Madison Home Management
PO Box 236
Emmaus, PA 18049-0236

Madonna A. McCrystal
1982 Cricklewood Cv
Fogelsville, PA 18051-1508

Medical Associates of LV
1605 N Cedar Crest Blvd Ste 1108
Allentown, PA 18104-2351

PA Department of Revenue
Bureau of Compliance Lien Section
PO Box 280948
Harrisburg, PA 17128-0948

Pennsylvania Department of Revenue
Bureau of Compliance Wage Garnishment Se
PO Box 280946
Harrisburg, PA 17128-0946

PNC Bank
Consumer Loan Ctr
2730 Liberty Ave MSC P5-PCLC-A2-R
Pittsburgh, PA 15222

Prothonotary, CCP-Lehigh County
Case No. 2019-SL-1016
455 Hamilton St
Allentown, PA 18101-1602

Sargents Court Reporting Services
210 Main St
Johnstown, PA 15901-1509

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Shay, Santee & Kelhart
attn.: Joanne Kelhart, Esquire
44 E Broad St Ste 210
Bethlehem, PA 18018-5920

Subaru Motor Finance
c/o Chase Credit Bureau Dispute Processi
PO Box 901003
Fort Worth, TX 76101-2003

Thompson Reuters-West
Payment Ctr.
PO Box 6292
Carol Stream, IL 60197-6292

Upper Macungie Township
8330 Schantz Rd
Breinigsville, PA 18031-1510

Software Copyright (c) 2021 CINGroup - www.cincompass.com