# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael J. McCrystal<br>                    Debtor(s) | |
| | CHAPTER 13 |
| Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC<br>                    Movant | |
|           vs. | |
| | NO. 19-16964 PMM |
| Michael J. McCrystal<br>                    Debtor(s) | |
| Scott F. Waterman<br>                    Trustee | 11 U.S.C. Section 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC, which was filed with the Court on or about **January 5, 2021** under document number 61.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106

January 22, 2021