**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**                                                                                             Case No. **19-16964**

**McCrystal, Michael J.**                                                                      Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Fiifth Amended Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this  **3rd**  day of  **February** , **2021** .


*/s/ Michael J McCrystal*
**Michael J McCrystal 55064**
**McCrystal Law Offices**
**151 Main St Ste A**
**Emmaus, PA  18049-4026**
**(610) 262-7873  Fax: (610) 262-2219**
**mccrystallaw@gmail.com**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **McCrystal, Michael J.**<br>1982 Cricklewood Cv<br>Fogelsville, PA  18051-1508 | **Applewood Association**<br>PO Box 241<br>Fogelsville, PA  18051-0241 | **Assetcare LLC**<br>Lee Morris<br>2222 Texoma Pkwy Ste 180<br>Sherman, TX  75090-2484 |
| **Bayview Loan Servicing, LLC**<br>4425 Ponce de Leon Blvd Fl 5<br>Coral Gables, FL  33146-1837 | **Berkheimer Tax Adminstrators**<br>PO Box 25108<br>Lehigh Valley, PA  18002-5108 | **Berkheimer Tax Adminstrators**<br>PO Box 25108<br>Lehigh Valley, PA  18002-5108 |
| **Bureau of Business Trust Fund Taxes**<br>PO Box 280904<br>Harrisburg, PA  17128-0904 | **Dennis W. Gouldy**<br>Borough of Emmaus<br>28 S 4th St<br>Emmaus, PA  18049-3802 | **Department of the Treasury**<br>Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH  45280-4527 |
| **Ersa Court Reporters**<br>30 S 17th St Ste 1520<br>Philadelphia, PA  19103-4007 | **Lehigh Valley Health Nework**<br>PO Box 4067<br>Allentown, PA  18105-4067 | **Madison Home Management**<br>PO Box 236<br>Emmaus, PA  18049-0236 |
| **Madonna A. McCrystal**<br>1982 Cricklewood Cv<br>Fogelsville, PA  18051-1508 | **Medical Associates of LV**<br>1605 N Cedar Crest Blvd Ste 1108<br>Allentown, PA  18104-2351 | **PA Department of Revenue**<br>Bureau of Compliance Lien Section<br>PO Box 280948<br>Harrisburg, PA  17128-0948 |
| **Pennsylvania Department of Revenue**<br>Bureau of Compliance Wage Garnishment Se<br>PO Box 280946<br>Harrisburg, PA  17128-0946 | **PNC Bank**<br>Consumer Loan Ctr<br>2730 Liberty Ave MSC P5-PCLC-A2-R<br>Pittsburgh, PA  15222 | **Prothonotary, CCP-Lehigh County**<br>Case No. 2019-SL-1016<br>455 Hamilton St<br>Allentown, PA  18101-1602 |
| **Sargents Court Reporting Services**<br>210 Main St<br>Johnstown, PA  15901-1509 | **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 | **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 |
| **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 | **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 | **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 |
| **Shay, Santee & Kelhart**<br>attn.: Joanne Kelhart, Esquire<br>44 E Broad St Ste 210<br>Bethlehem, PA  18018-5920 | **Subaru Motor Finance**<br>c/o Chase Credit Bureau Dispute Processi<br>PO Box 901003<br>Fort Worth, TX  76101-2003 | **Thompson Reuters-West**<br>Payment Ctr.<br>PO Box 6292<br>Carol Stream, IL  60197-6292 |
| **Upper Macungie Township**<br>8330 Schantz Rd<br>Breinigsville, PA  18031-1510 | | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com