United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16964-pmm |
| Michael J. McCrystal | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael J. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA 18051-1508 |
| 14417383 | | Applewood Association, PO Box 241, Fogelsville, PA 18051-0241 |
| 14465914 | + | Applewood Association, c/o Steven L. Sugarman & Associates, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14450902 | | BAYVIEW LOAN SERVICING, LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 14419375 | | Bayview Loan Servicing, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14550263 | + | Bayview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420333 | | Bayview Loan Servicing,LLC, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14550367 | + | Bayview Loan Servicing,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14417386 | | Berkheimer Tax Adminstrators, PO Box 25108, Lehigh Valley, PA 18002-5108 |
| 14447522 | + | Berkheimer, Agt for Upper Macgunie twp/Parkland SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14417387 | | Bureau of Business Trust Fund Taxes, PO Box 280904, Harrisburg, PA 17128-0904 |
| 14448698 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14449080 | + | Commonwealth of PA UCTS CSU- OUCTS, PA Department, c/o Amy Weikel, Commonwealth of Pennsylvania Department, 651 Boas Street, Room925, Harrisburg PA 17121-0751 |
| 14417388 | + | Dennis W. Gouldy, Borough of Emmaus, 28 S 4th St, Emmaus, PA 18049-3899 |
| 14417390 | | Ersa Court Reporters, 30 S 17th St Ste 1520, Philadelphia, PA 19103-4007 |
| 14448700 | | JPMorgan Chase Bank, N.A., C/O Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14417391 | | Lehigh Valley Health Nework, PO Box 4067, Allentown, PA 18105-4067 |
| 14417392 | # | Madonna A. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA 18051-1508 |
| 14417393 | | Medical Associates of LV, 1605 N Cedar Crest Blvd Ste 1108, Allentown, PA 18104-2351 |
| 14417394 | | PA Department of Revenue, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14417397 | | Prothonotary, CCP-Lehigh County, Case No. 2019-SL-1016, 455 Hamilton St, Allentown, PA 18101-1602 |
| 14417398 | | Sargents Court Reporting Services, 210 Main St, Johnstown, PA 15901-1509 |
| 14417399 | | Shay, Santee & Kelhart, attn.: Joanne Kelhart, Esquire, 44 E Broad St Ste 210, Bethlehem, PA 18018-5920 |
| 14417401 | | Thompson Reuters-West, Payment Ctr., PO Box 6292, Carol Stream, IL 60197-6292 |
| 14432639 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14442553 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14443425 | + | Toyota Motor Credit Corporation., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14417402 | | Upper Macungie Township, 8330 Schantz Rd, Breinigsville, PA 18031-1510 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14417384 | | Email/Text: bnc-capio@quantum3group.com | Mar 05 2021 02:23:00 | Assetcare LLC, Lee Morris, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14417385 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 05 2021 02:23:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 14427365 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 02:34:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-16964-pmm    Doc 83    Filed 03/06/21    Entered 03/07/21 00:43:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 155 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14553551 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 05 2021 02:23:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14417389 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2021 02:23:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14449344 | | Email/Text: bk.notifications@jpmchase.com | Mar 05 2021 02:23:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14417396 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2021 02:23:00 | PNC Bank, Consumer Loan Ctr, 2730 Liberty Ave MSC P5-PCLC-A2-R, Pittsburgh, PA 15222 |
| 14449165 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2021 02:23:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14417395 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bureau of Compliance Wage Garnishment Se, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14430256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14417400 | | Email/Text: bk.notifications@jpmchase.com | Mar 05 2021 02:23:00 | Subaru Motor Finance, c/o Chase Credit Bureau Dispute Processi, PO Box 901003, Fort Worth, TX 76101-2003 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14417382 | | 19-16964 |
| 14456270 | * | Department of the Treasury, Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14456271 | * | Internal Revenue Service, PO Box 7317, Philadelphia PA 19101-7317 |
| 14449082 | * | JPMORGAN CHASE BANK, N.A., c/o Karina Velter,Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SCHWARTZ | |

    on behalf of Madonna A. McCrystal david@dbsesq.com DBSchwartzesq@aol.com

ELLIOT H BERTON
    on behalf of Creditor Applewood Association eberton@suglaw.com

JEROME B. BLANK
    on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com

KARINA VELTER
    on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

MARIO J. HANYON
    on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com sueparalegal@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael J. McCrystal
      Debtor(s)                                     Chapter: 13
                                                            Bankruptcy No: 19−16964−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 4,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                             Patricia M. Mayer
                                                                             Judge ,
                                                                             United States Bankruptcy Court

                                                                                                                        81
                                                                                                                     Form 155