| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16964-PMM**

Michael J. McCrystal
1982 Cricklewood Cv
Fogelsville  PA   18051-1508

Petition Filed Date: 11/05/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 03/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $300.00 | | 04/08/2020 | $300.00 | | 04/20/2020 | $300.00 | |
| 05/05/2020 | $300.00 | | 07/27/2020 | $300.00 | | 07/30/2020 | $300.00 | |
| 10/02/2020 | $600.00 | | 10/09/2020 | $300.00 | | 12/10/2020 | $300.00 | |
| 01/19/2021 | $900.00 | | 02/12/2021 | $300.00 | | 03/11/2021 | $300.00 | |
| 04/05/2021 | $300.00 | | | | | | | |

**Total Receipts for the Period: $4,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. McCrystal | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CACH, LLC »» 001 | Unsecured Creditors | $1,680.79 | $0.00 | $1,680.79 |
| 2 | PA DEPARTMENT OF REVENUE »» 02S | Secured Creditors | $2,247.09 | $0.00 | $2,247.09 |
| 3 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $205.38 | $0.00 | $205.38 |
| 4 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $761.65 | $123.99 | $637.66 |
| 5 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SARGENT'S COURT REPORTING INC »» 004 | Unsecured Creditors | $166.10 | $0.00 | $166.10 |
| 7 | BERKHEIMER TAX ADMINISTRATOR »» 005 | Priority Crediors | $314.00 | $51.12 | $262.88 |
| 8 | COMMONWEALTH OF PA UCTS »» 006 | Priority Crediors | $4,851.65 | $839.80 | $4,011.85 |
| 9 | PNC BANK »» 007 | Unsecured Creditors | $8,263.53 | $0.00 | $8,263.53 |
| 10 | JP MORGAN CHASE BANK NA »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | COMMUNITY LOAN SERVICING LLC »» 009 | Mortgage Arrears | $938.98 | $0.00 | $938.98 |
| 12 | UNITED STATES TREASURY (IRS) »» 10P | Priority Crediors | $21,154.69 | $3,661.81 | $17,492.88 |
| 13 | UNITED STATES TREASURY (IRS) »» 10U | Unsecured Creditors | $6,656.21 | $0.00 | $6,656.21 |
| 14 | APPLEWOOD ASSOCIATION »» 011 | Secured Creditors | $6,864.79 | $0.00 | $6,864.79 |

**Chapter 13 Case No. 19-16964-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,100.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $4,676.72 | Arrearages: | $600.00 |
| Paid to Trustee: | $412.20 | Total Plan Base: | $44,400.00 |
| Funds on Hand: | $11.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.