**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Michael J. McCrystal | : | Case No.: 19-16964 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

20-000527_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-16964** |
| **Michael J. McCrystal** | **Chapter 13** |
| | **Judge Patricia M. Mayer** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Michael J. McCrystal** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

   Michael J. McCrystal, Attorney for Michael J. McCrystal, 151 Main Street, Suite A, Emmaus, PA  18049, mccrystallaw@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 13, 2021:

   Michael J. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA  18051-1508


DATE: <u>September 13, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

20-000527_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-000527_PS