| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16964-PMM**

Michael J. McCrystal
1982 Cricklewood Cv
Fogelsville  PA     18051-1508

Petition Filed Date: 11/05/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 03/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $300.00 | | 07/08/2021 | $300.00 | | 07/30/2021 | $300.00 | |
| 08/05/2021 | $300.00 | | 10/08/2021 | $600.00 | | 11/18/2021 | $300.00 | |
| 12/28/2021 | $300.00 | | 01/18/2022 | $300.00 | | 05/11/2022 | $300.00 | |
| 05/19/2022 | $300.00 | | 06/30/2022 | $600.00 | | 07/19/2022 | $300.00 | |
| 08/03/2022 | $300.00 | | | | | | | |

**Total Receipts for the Period: $4,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. McCrystal | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CACH, LLC »» 001 | Unsecured Creditors | $1,680.79 | $0.00 | $1,680.79 |
| 2 | PA DEPARTMENT OF REVENUE »» 02S | Secured Creditors | $2,247.09 | $0.00 | $2,247.09 |
| 3 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $205.38 | $0.00 | $205.38 |
| 4 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $761.65 | $232.23 | $529.42 |
| 5 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SARGENT'S COURT REPORTING INC »» 004 | Unsecured Creditors | $166.10 | $0.00 | $166.10 |
| 7 | BERKHEIMER TAX ADMINISTRATOR »» 005 | Priority Crediors | $314.00 | $86.14 | $227.86 |
| 8 | COMMONWEALTH OF PA UCTS »» 006 | Priority Crediors | $4,851.65 | $1,479.35 | $3,372.30 |
| 9 | PNC BANK »» 007 | Unsecured Creditors | $8,263.53 | $0.00 | $8,263.53 |
| 10 | JP MORGAN CHASE BANK NA »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | COMMUNITY LOAN SERVICING LLC »» 009 | Mortgage Arrears | $938.98 | $0.00 | $938.98 |
| 12 | UNITED STATES TREASURY (IRS) »» 10P | Priority Crediors | $21,154.69 | $6,450.48 | $14,704.21 |
| 13 | UNITED STATES TREASURY (IRS) »» 10U | Unsecured Creditors | $6,656.21 | $0.00 | $6,656.21 |
| 14 | APPLEWOOD ASSOCIATION »» 011 | Secured Creditors | $6,864.79 | $0.00 | $6,864.79 |

**Chapter 13 Case No. 19-16964-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,300.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $8,248.20 | Arrearages: | $600.00 |
| Paid to Trustee: | $766.20 | Total Plan Base: | $44,400.00 |
| Funds on Hand: | $285.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.