IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>19-16964-pmm |
| Nationstar Mortgage LLC<br>        Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Michael J McCrystal<br>        Debtor/Respondent, | Hearing Date and Time: February 16, 2023 at 11:00 AM |
| Scott Waterman, Trustee<br>        Additional Respondent. | Courtroom on 4th floor |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC has filed a Motion to Approve Loan Modification.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 9, 2023 you or your attorney must do all of the following:

    (a)      file an Answer explaining your position at United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

    If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)      mail a copy to Movant's attorney:
        Christopher A. DeNardo 78447
        Lorraine Gazzara Doyle  34576
        LOGS Legal Group LLP
        3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
        Phone: (610) 278-6800
        Fax: (847) 954-4809

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the HONORABLE PATRICIA M. MAYER on February 16, 2023 at 11:00 AM 4th floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an Answer.

                                        Respectfully submitted,

Dated:  1.10.23   　　　　　　　　　　　　　BY:*/s/ Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle  34576
　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　　logsecf@logs.com