**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-16964 |
| **Michael J. McCrystal** | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Date and Time of Hearing |
| Movant, | : January 17, 2023 at 10:00 a.m. |
| vs | : |
| | : Place of Hearing |
| **Michael J. McCrystal** | : 201 Penn Street, 4th Floor |
| | : Reading, PA 19601 |
| **Scott F. Waterman** | : |
| Respondents. | : Related Document # 103 |

## ORDER OF COURT

AND NOW, to wit, this __9th__ day of __February__, 2022, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

**Date: February 9, 2023**