IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>    Debtor,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Michael J McCrystal<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-16964-pmm<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF NO RESPONSE

    Nationstar Mortgage LLC ("Movant"), by and through its attorneys, LOGS Legal Group LLP, represents as follows:

    1.    Movant has filed its Motion to Approve Loan Modification (the "Motion") and has given notice to all required parties of the Motion, Notice of Hearing and of the necessity to file an answer.

    2.    The time to answer or otherwise respond to the Motion has expired, and no answer has been filed.

    3.    The Trustee has been given the notices mentioned above and has not notified Movant of his intention to contest the Motion.

    WHEREFORE, Movant requests that the Court enter an Order granting Movant relief from the automatic stay. A proposed order to such effect is submitted herewith.
.

Respectfully submitted,

Dated:   2/13/23

BY:*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-16964-pmm |
| Nationstar Mortgage LLC<br>　　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Michael J McCrystal<br>　　　Debtor/Respondent, | |
| Scott Waterman, Trustee<br>　　　Additional Respondent. | |

## **O R D E R**

AND NOW, this _____ day of _____, 2023, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC with respect to the property located at 1982 Cricklewood Cv, Fogelsville, PA 18051 is hereby APPROVED.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>　　　Debtor,<br>Nationstar Mortgage LLC<br>　　　Movant.<br>v.<br>Michael J McCrystal<br>　　　Debtor/Respondent,<br>Scott Waterman, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-16964-pmm<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## **CERTIFICATE OF SERVICE**

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Cert of No Response to Motion to Approve Loan Modification by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>14th</u> day of <u>February</u> 2023:

Michael J McCrystal
1982 Cricklewood Cv
Fogelsville, PA 18051

Michael J. McCrystal, Esquire, McCrystal Law Offices
326 Main Street
Ste 1
Emmaus, PA 18049
mccrystallaw@gmail.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com