IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>　　Debtor,<br><br>Nationstar Mortgage LLC<br>　　Movant.<br>v.<br><br>Michael J McCrystal<br>　　Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-16964-pmm<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>Hearing Date and Time: February 16, 2023 at 11:00 AM<br><br>Courtroom on 4th floor |

**O R D E R**

AND NOW, this __14th__ day of __February__, 2023, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC with respect to the property located at 1982 Cricklewood Cv, Fogelsville, PA 18051 is hereby APPROVED

BY THE COURT:

_Patricia M. Mayer_
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE