United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16964-pmm
Michael J. McCrystal  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Feb 14, 2023      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael J. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA 18051-1508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DAVID B. SCHWARTZ | on behalf of Madonna A. McCrystal david@dbsesq.com DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ELLIOT H BERTON
    on behalf of Creditor Applewood Association eberton@suglaw.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Upper Macungie Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  cistewart@logs.com

MARIO J. HANYON
    on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com  sueparalegal@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J McCrystal<br>　　　Debtor,<br><br>Nationstar Mortgage LLC<br>　　　Movant.<br>v.<br><br>Michael J McCrystal<br>　　　Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-16964-pmm<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>Hearing Date and Time: February 16, 2023 at 11:00 AM<br><br>Courtroom on 4th floor |

**O R D E R**

AND NOW, this 14th day of February, 2023, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC with respect to the property located at 1982 Cricklewood Cv, Fogelsville, PA 18051 is hereby APPROVED

BY THE COURT:

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE