UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:  CASE NO.: 19-16964-pmm
CHAPTER 13

Michael J. McCrystal,
  Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112

    By: /s/Charles Wohlrab
        Charles Wohlrab, Esq.
        Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL J. MCCRYSTAL
1982 CRICKLEWOOD CV
FOGELSVILLE, PA 18051-1508

And via electronic mail to:

MCCRYSTAL LAW OFFICES
326 MAIN STREET, STE 1
EMMAUS, PA 18049

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Brianna Carr