United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16964-pmm |
| Michael J. McCrystal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael J. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA 18051-1508 |
| cr | + | Applewood Association, c/o Elliot H. Berton, Esquire, Steven L. Sugarman & Associates, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| NONE | + | Madonna A. McCrystal, 320 Yale Court, Allentown, PA 18104-9051 |
| 14417383 | | Applewood Association, PO Box 241, Fogelsville, PA 18051-0241 |
| 14465914 | + | Applewood Association, c/o Steven L. Sugarman & Associates, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14450902 | | BAYVIEW LOAN SERVICING, LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 14419375 | | Bayview Loan Servicing, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14420333 | | Bayview Loan Servicing,LLC, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14550367 | + | Bayview Loan Servicing,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14417386 | | Berkheimer Tax Adminstrators, PO Box 25108, Lehigh Valley, PA 18002-5108 |
| 14447522 | + | Berkheimer, Agt for Upper Macgunie twp/Parkland SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14417387 | | Bureau of Business Trust Fund Taxes, PO Box 280904, Harrisburg, PA 17128-0904 |
| 14448698 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14449080 | + | Commonwealth of PA UCTS CSU- OUCTS, PA Department, c/o Amy Weikel, Commonwealth of Pennsylvania Department, 651 Boas Street, Room925, Harrisburg PA 17121-0751 |
| 14417388 | + | Dennis W. Gouldy, Borough of Emmaus, 28 S 4th St, Emmaus, PA 18049-3899 |
| 14417390 | | Ersa Court Reporters, 30 S 17th St Ste 1520, Philadelphia, PA 19103-4007 |
| 14417391 | | Lehigh Valley Health Nework, PO Box 4067, Allentown, PA 18105-4067 |
| 14417393 | | Medical Associates of LV, 1605 N Cedar Crest Blvd Ste 1108, Allentown, PA 18104-2351 |
| 14714484 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14785514 | + | Nationstar Mortgage LLC, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14417394 | | PA Department of Revenue, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14417397 | | Prothonotary, CCP-Lehigh County, Case No. 2019-SL-1016, 455 Hamilton St, Allentown, PA 18101-1602 |
| 14417398 | | Sargents Court Reporting Services, 210 Main St, Johnstown, PA 15901-1509 |
| 14417399 | | Shay, Santee & Kelhart, attn.: Joanne Kelhart, Esquire, 44 E Broad St Ste 210, Bethlehem, PA 18018-5920 |
| 14417401 | | Thompson Reuters-West, Payment Ctr., PO Box 6292, Carol Stream, IL 60197-6292 |
| 14443425 | + | Toyota Motor Credit Corporation., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14697211 | + | Upper Macungie Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14697391 | + | Upper Macungie Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14417402 | | Upper Macungie Township, 8330 Schantz Rd, Breinigsville, PA 18031-1510 |
| 14697210 | + | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 16 2023 00:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2023 00:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2023 00:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14417384 | | Email/Text: bnc-capio@quantum3group.com | Jun 16 2023 00:52:00 | Assetcare LLC, Lee Morris, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 14417385 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 16 2023 00:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 14550263 | ^ | MEBN | Jun 16 2023 00:47:55 | Bayview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14427365 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 01:08:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14553551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2023 00:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14417389 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2023 00:52:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14449344 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 01:08:16 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14417400 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2023 01:08:02 | Subaru Motor Finance, c/o Chase Credit Bureau Dispute Processi, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14448700 | | Email/Text: amps@manleydeas.com | Jun 16 2023 00:51:00 | JPMorgan Chase Bank, N.A., C/O Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14775442 | + | Email/Text: RASEBN@raslg.com | Jun 16 2023 00:51:00 | Nationstar Mortgage LLC, c/o Robertson,Anschutz,Schneid,Crane&Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14417396 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 00:51:00 | PNC Bank, Consumer Loan Ctr, 2730 Liberty Ave MSC P5-PCLC-A2-R, Pittsburgh, PA 15222 |
| 14449165 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2023 00:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14417395 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2023 00:52:00 | Pennsylvania Department of Revenue, Bureau of Compliance Wage Garnishment Se, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14430256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2023 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14442553 | ^ | MEBN | Jun 16 2023 00:47:55 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14432639 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 16 2023 00:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14417382 | | 19-16964 |
| cr | *+ | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14456270 | * | Department of the Treasury, Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 14456271 | * | Internal Revenue Service, PO Box 7317, Philadelphia PA 19101-7317 |
| 14449082 | * | JPMORGAN CHASE BANK, N.A., c/o Karina Velter,Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14785671 | *+ | Nationstar Mortgage LLC., c/o Roger Fay, Esquire, Milstead & Associates, LLC, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14417392 | ## | Madonna A. McCrystal, 1982 Cricklewood Cv, Fogelsville, PA 18051-1508 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023                                      Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC cwohlrab@friedmanvartolo.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DAVID B. SCHWARTZ | on behalf of Madonna A. McCrystal david@dbsesq.com  DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| ELLIOT H BERTON | on behalf of Creditor Applewood Association eberton@suglaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Macungie Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  cistewart@logs.com;LOGSECF@logs.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

MARIO J. HANYON
    on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Michael J. McCrystal mccrystallaw@gmail.com sueparalegal@gmail.com

ROGER FAY
    on behalf of Creditor Nationstar Mortgage LLC rfay@milsteadlaw.com  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Michael J. McCrystal<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16964-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 15, 2023**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE