| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-16964-PMM**

Michael J. McCrystal
1982 Cricklewood Cv
Fogelsville  PA    18051-1508

Petition Filed Date: 11/05/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 03/04/2021

Case Status: Dismissed After Confirmation on 6/15/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $300.00 | | 08/18/2022 | $300.00 | | 11/01/2022 | $300.00 | |
| 11/30/2022 | $300.00 | | 12/20/2022 | $300.00 | | 01/31/2023 | $300.00 | |
| 03/06/2023 | $300.00 | | 03/07/2023 | $300.00 | | 05/15/2023 | $300.00 | |
| 06/23/2023 | $300.00 | | | | | | | |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $310.84    Total Receipts Since Filing: $12,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. McCrystal | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $1,680.79 | $0.00 | $1,680.79 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $2,247.09 | $0.00 | $2,247.09 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $205.38 | $0.00 | $205.38 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Creditors | $761.65 | $294.32 | $467.33 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SARGENT'S COURT REPORTING INC<br>»» 004 | Unsecured Creditors | $166.10 | $0.00 | $166.10 |
| 7 | BERKHEIMER TAX ADMINISTRATOR<br>»» 005 | Priority Creditors | $314.00 | $121.34 | $192.66 |
| 8 | COMMONWEALTH OF PA UCTS<br>»» 006 | Priority Creditors | $4,851.65 | $1,923.82 | $2,927.83 |
| 9 | PNC BANK<br>»» 007 | Unsecured Creditors | $8,263.53 | $0.00 | $8,263.53 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | RIGHTPATH SERVICING<br>»» 009 | Mortgage Arrears | $938.98 | $0.00 | $938.98 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Creditors | $21,154.69 | $8,388.49 | $12,766.20 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $6,656.21 | $0.00 | $6,656.21 |
| 14 | APPLEWOOD ASSOCIATION<br>»» 011 | Secured Creditors | $6,864.79 | $0.00 | $6,864.79 |
| 0 | Michael J. McCrystal | Debtor Refunds | $310.84 | $310.84 | $0.00 |

**Chapter 13 Case No. 19-16964-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $12,000.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $11,038.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $961.19 | Total Plan Base: | $44,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.